Case 3:01-cv-00589-JCH    Document 25    Filed 10/16/2003    Page 1 of 1



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PRISONER

| | | |
|---|---|---|
| CLOVIS LLOYD JOHNSON | : | CASE NO. 3:01CV589(JCH) |
| v. | : | |
| WARDEN BROOKS and RICHARD BLUMENTHAL | : | OCTOBER 3, 2003 |

### MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC
### WITHIN WHICH TO COMPLY WITH
### THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time to **October 24, 2003**, to file a response "showing cause "why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims." This is the respondent's fifth motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and is incarcerated. Therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1. On May 30, 2003, Senior Assistant State's Attorney Carolyn Longstreth retired. Supervisory Assistant State's Attorney Michael O'Hare, a military reservist, has been called up and is stationed overseas for the foreseeable future. Therefore, of the three attorney assigned to handle federal habeas corpus petitions, only the undersigned counsel is available to respond to the show cause order issued by the Court in the present matter.

*[Handwritten annotations in margins: "Motion Granted. The court expects this is the last extension. So ordered. 10/16/03" and "3:01CV589 end."]*