UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLOVIS LLOYD JOHNSON | PRISONER |
| v. | CASE NO. 3:01cv589 (JCH) |
| LESLIE E. BROOKS<br>RICHARD BLUMENTHAL | |

### J U D G M E N T

This cause came on for consideration before the Honorable Janet C. Hall, United States District Judge, on the amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court has considered the amended petition and all the related papers. On December 5, 2003, the Court filed its Ruling Re: Amended Petition for Writ of Habeas Corpus denying the amended petition and determining that a certificate of appealability would not issue.

Therefore, It is **ORDERED** and **ADJUDGED** that the amended petition is denied and the matter is closed.

Dated at Bridgeport, Connecticut this 15th of December, 2003.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____