FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Clovis Johnson

v.

Leslie Brooks

CIVIL CASE NO. 3:01CV589(JCH)

FILED 2003 DEC 31 P 3:29

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Clovis Johnson__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order): __Attached here__
__To is a copy of the Court Final Judgment.__

2. The Judgment /Order in this action was entered on __12/15/03__.
(date)

x __Clovis Johnson__
Signature

__Clovis Johnson__
Print Name

__P.O. Box 100__

__Somers CT 06071__
Address

Date: _____          _____
                              Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02