# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __January 6, 2004__    TO:    Intake Clerk    **FILED**

FROM:    Tasha Simpson    203-579-5657

2004 JAN 16  P 12: 53

US DISTRICT COURT
BRIDGEPORT CT

CASE TITLE:    Johnson vs Brooks

DOCKET NO.:    3:01 cv 589 (JCH)

NOTICE OF APPEAL:    filed: __December 31, 2003__

APPEAL FROM:    final judgment: __YES ( Record Attached )__

interlocutory: __

other: __

DOCKET SHEET:    Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

FEE STATUS:    Paid _____    Due __✓__    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge _____

COUNSEL:    CJA _____    Retained _____    Pro Se __✓__

TIME STATUS:    Timely __✓__    Out of Time _____

MOTION FOR
EXTENSION OF TIME:    Granted _____    Denied _____

OA:    Granted _____    Denied _____

COMMENTS AND CORRECTIONS:

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _A. Morrison_    DATE: _1-9-04_
DEPUTY CLERK, USCA