UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 9  3:53 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

Johnson

VS.

CV. NO. 3:01 cv 589 (JCH)

USCA NO.

Brooks

### INDEX TO THE RECORD ON APPEAL

04-0148