**MANDATE**

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
**CLERK**

Date:              7/20/04

Docket Number:    04-0148-pr
Short Title:      Johnson v. Brooks
DC Docket Number: 01-cv-589
DC:               DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:         Honorable Holly Fitzsimmo

DC Initials CT/NHCT

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 19th day of July two thousand four.

Clovis Lloyd Johnson,
       Plaintiff-Appellant,
   v.                                              Docket No: 04-0148-pr
Leslie E. Brooks,
       Defendant-Appellee.

   The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, inter alia,

either pay the docketing fee or move for leave to proceed in forma pauperis,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

   The Appellant herein not having so proceeded, upon consideration thereof,
       it is ordered that the appeal from the order of December 15, 2003, United States
       District Court for the District of Connecticut at New Haven be and it hereby is dismissed.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
By: Gislaine Phillip

For the Court,
Roseann B. MacKechnie, Clerk
By: Gislaine Phillip
Deputy Clerk

Certified:                    JUL 20 2004